**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| RUBIN RURIE WEEKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-CV-22 NAB |
| | ) | |
| KIMBERLY BIRCH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's fourth motion for extension of time to file an amended complaint in this matter. Although the Court will grant plaintiff's motion for an extension of time to file his amended complaint, this will be the last extension granted without good cause shown.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's fourth motion for extension of time to file an amended complaint in this action [Doc. #24] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff's amended complaint is due to the Court **no later than Friday, September 1, 2017.**

**IT IS FURTHER ORDERED** that no further extensions will be granted in this matter without good cause shown.

**IT IS FURTHER ORDERED** that failure to file an amended complaint in a timely manner will result in a dismissal of this action, without prejudice.

Dated this 28th day of August, 2017.

/s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE