**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| RUBIN RURIE WEEKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:17-CV-22 NAB |
| | ) |
| ANN PRECYTHE, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon the filing of plaintiff's amended complaint by his appointed counsel. After reviewing the amended complaint, the Court will order the Clerk to issue process or cause process to be issued on the amended complaint.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall issue process or cause process to be served on the amended complaint as to defendants Ann Precythe, Alan Earls, Jay Cassady, Jason Lewis and Lieutenant Unknown Friesen, in their official and individual capacities, pursuant to the waiver agreement this Court maintains with the Missouri Attorney General's Office.

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to be issued on the amended complaint as to defendants Corizon, Inc., T.K. Bredeman, Kimberly Birch, Rebekah Graham, Nina Hill, Larry Graham, Lameta McNeil, Becky Lizenbee, Kathy Barton, Holly Leija, Roxanna Anderson, and Stacey Hawkes, in their individual and official capacities, pursuant to the waiver agreement this Court maintains with Corizon, Inc.

**IT IS FURTHER ORDERED** that in addition to serving defendants with a copy of the amended complaint, defendants shall also be served with a copy of this Memorandum and Order.

**IT IS FURTHER ORDERED** that the John and Jane Doe Correctional Officers and John and Jane Doe doctors and nurses cannot be served at this time as these individuals have not been named with specificity.

**IT IS FURTHER ORDERED** that, pursuant to 42 U.S.C. § 1997e(g)(2), defendants shall reply to plaintiff's claims within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that defendants shall respond to plaintiff's motions for temporary restraining order and for emergency hearing on an **EXPEDITED BASIS** [Doc. #11 and #12] **within thirty (30) days of being served with plaintiff's amended complaint.**

**IT IS FURTHER ORDERED** that plaintiff's pro se motions to dismiss parties from his original complaint and to amend his original complaint [Doc. #13 and #14] are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that this case is assigned to Track 5: Prisoner Standard.

Dated this 6th day of September, 2017.

    /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE