**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| **RUBIN WEEKS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | No. 1:17-CV-22-AGF |
| ) | |
| **KIMBERLY BIRCH, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**NOTICE OF APPEAL**

Notice is hereby given that RUBIN WEEKS, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the order and final judgment entered in this action on the 30th day of November, 2020.

> /s/ Kevin L. Schriener
> KEVIN L. SCHRIENER 35490MO
> Attorney for plaintiff Weeks
> 141 North Meramec Avenue, Suite 314
> Clayton, Missouri 63105
> (314) 721-7095 – telephone
> (314) 863-7096 – facsimile
> kschriener@SchrienerLaw.com – e-mail

-1-

## Certificate of Service

I  hereby certify that I filed the foregoing Notice of Appeal electronically with the Clerk of the United States District Court for the Eastern  District of Missouri to be served by operation of the Court's electronic filing system upon all parties this 29th day of December, 2020.

/s/ Kevin L. Schriener
Kevin L. Schriener